## MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
THOMAS A. McKAY
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

charwood@maglaw.com
(212) 880-9547

SENIOR COUNSEL
PAUL R. GRAND

COUNSEL
JASMINE JUTEAU

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT

November 27, 2023

**By ECF**

Hon. Kenneth M. Karas
The Hon. Charles L. Brieant Jr. Federal Building
and United States Courthouse
300 Quarropas Street
White Plains, New York 10601

  Re: *Kameika Lewis, et al. v. Pelham Country Club*, No. 7:23 Civ. 6500 (KMK)

Dear Judge Karas:

  I represent the Defendant (Pelham Country Club) in the above-referenced matter, in which the Court has scheduled a pre-motion conference regarding Defendant's contemplated motion to dismiss Plaintiffs' Amended Complaint for 12:00 pm on December 14, 2023. Dkt. 18. I am due to appear at a previously-scheduled conference in New York Supreme Court on December 14, 2023, at 11:00 am.

  Because of this scheduling conflict, I respectfully request that the pre-motion conference presently scheduled for December 14, 2023 in this matter either be held remotely after 12:30 pm on December 14, 2023 or be rescheduled for December 15, 2023 (or another date convenient to the Court). Plaintiffs' counsel consents to this request. This is Defendant's first request for an adjournment or remote scheduling of this conference. I thank the Court for its consideration of this request.

Granted. The conference will be held via telephone conference at 12:30 on 12/14/23.

So Ordered.
*/s/ [signature]*
11/27/23

Respectfully submitted,

*/s/ Christopher B. Harwood*
Christopher B. Harwood