

LIPSKY LOWE LLP
AN EMPLOYMENT LAW FIRM

Douglas B. Lipsky

420 Lexington Avenue, Suite 1830
New York, New York 10170
Main: 212.392.4772
Direct: 212.444.1024
doug@lipskylowe.com

www.lipskylowe.com

February 19, 2024

VIA ECF
The Honorable Kenneth M. Karas, U.S.D.J.
U.S. District Court for the Southern District of New York
300 Quarropas Street, Chambers 533
White Plains, New York 10601-4150

Re:   Lewis *et al.* v. Pelham Country Club, 7:23-cv-6500 (KMK)

Dear Judge Karas:

This firm represents the Plaintiffs in this Fair Labor Standards Act and New York Labor Law matter. With Defendant's consent, Plaintiffs seek a one-week extension of the briefing schedule on Defendant's January 18, 2024 motion to dismiss:

- Extending Plaintiffs' opposition from February 20, 2024 to February 27, 2024; and
- Extending Defendant's reply from March 5, 2024 to March 12, 2024.

The parties are mindful of the Court's order on this briefing schedule. Plaintiff's counsel was, however, out of the office all last week sick and unable to work but for a few hours.

This is the first request to extend these deadlines. This request, if granted, would not affect any other deadlines.

We appreciate the Court's consideration of this request.

Granted.

So Ordered.

2/20/24

Respectfully submitted,
LIPSKY LOWE LLP

s/ Douglas B. Lipsky
Douglas B. Lipsky

CC:   Christopher B. Harwood (Via ECF)