

Douglas B. Lipsky

420 Lexington Avenue, Suite 1830
New York, New York 10170
Main: 212.392.4772
Direct: 212.444.1024
Fax: 212.444.1030
doug@lipskylowe.com

www.lipskylowe.com

February 6, 2026

VIA ECF
Hon. Kenneth M. Karas
The Hon. Charles L. Brieant Jr. Federal Building
and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

     Re:    Lewis et al v. Pelham Country Club, No. 7:23-cv-06500-KMK

Dear Judge Karas:

As the Court is aware from prior correspondence, the parties are in active settlement talks. The parties have substantially narrowed the gap between their respective positions and now are at a point where given the relatively narrow nature of the gap, they shortly will reach either an agreement in principle or an impasse.

The parties therefore respectfully request an extension to February 20, 2026 of their deadline to submit a proposed schedule for further proceedings. If agreeable to the Court, on February 20, the parties will submit a final status update regarding their settlement efforts and absent reporting an agreement in principle, a proposed scheduling order.

The parties are mindful that they previously proposed to submit a proposed scheduling order by today, but because of the additional progress they have made towards settlement, they believe this final push towards trying to resolve the matter is in all parties' best interests, as they seek to conserve resources in the event they are able to reach a resolution.

We greatly appreciate the Court's patience with the parties as they work together to try to resolve this.

Granted.

So Ordered.

2/6/26

Respectfully submitted,
LIPSKY LOWE LLP

s/ Douglas B. Lipsky
Douglas B. Lipsky