

# LIPSKY LOWE LLP
## AN EMPLOYMENT LAW FIRM

Douglas B. Lipsky

420 Lexington Avenue, Suite 1830
New York, New York 10170
Main: 212.392.4772
Direct: 212.444.1024
doug@lipskylowe.com

www.lipskylowe.com

June 3, 2026

VIA ECF
The Honorable Kenneth M. Karas, U.S.D.J.
U.S. District Court for the Southern District of New York
300 Quarropas Street, Chambers 533
White Plains, New York 10601-4150

      Re:    Lewis *et al.* v. Pelham Country Club, 7:23-cv-6500 (KMK)

Dear Judge Karas:

This firm represents the Plaintiffs. We submit this letter on behalf of all parties for our final request to extend the deadline to submit the class wide settlement agreement for preliminary approval.

The parties have, since the last extension, been diligently working towards finalizing the agreement. The remaining piece is receiving the bids from the proposed claims administrators and selecting one, which we will then submit to the Court to be approved. We expect this to be completed within the next few days and accordingly, respectfully, request one final extension of the deadline to submit the agreement for the Court's preliminary approval, extending it from today, June 3, to June 10, 2026.

We greatly appreciate the Court's patience as the parties work together to finalize the terms.

Granted.

So Ordered.

6/3/26

Respectfully submitted,
LIPSKY LOWE LLP

s/ Douglas B. Lipsky
Douglas B. Lipsky

CC:    All Counsel of Record (via ECF)